UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CLAUDIA NCHUO CHU,

      Petitioner,

v.                                                    Case No. 1:26-cv-275-DHU-JHR

TODD M. LYONS, in official capacity,
Acting Director of ICE, KRISTI NOEM,
in official capacity, Secretary of the U.S.
Department of Homeland Security;
PAMELA BONDI, in official capacity, Attorney
General of the United States,

      Respondents.

## ORDER GRANTING PETITIONER'S MOTION TO ENFORCE TEMPORARY RESTRAINING ORDER

THIS MATTER is before the Court on Petitioner's Motion to Enforce Temporary Restraining Order ("TRO"). Doc. 12. Having considered the motion and the relevant and applicable law, the Court finds the motion is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Respondents return to Petitioner her employment authorization document, her social security card, her Minnesota Driver's License, and any other personal possessions retained by ICE within seven (7) days of the entry of this Order. These items shall be returned by USPS mail with tracking to the following address:

    Albert Usumanu Law Office
    P.O. Box 6866
    Minneapolis, MN 55406

**IT IS FURTHER ORDERED** that Respondents provide the Court a status report no later than 5:00 pm MT on Thursday, February 26, 2026, confirming whether the property at issue has been returned.

**IT IS SO ORDERED.**

_____
**HONORABLE DAVID HERRERA URIAS**
**UNITED STATES DISTRICT JUDGE**